Jerusalem F. Beligan (SBN 211258)
jbeligan@beliganlawgroup.com
Leah M. Beligan (SBN 250834)
lbeligan@beliganlawgroup.com
BELIGAN LAW GROUP, LLP
19800 MacArthur Blvd., Suite 333
Newport Beach, CA 92612
Telephone: (949) 224-3881

Attorneys for Plaintiffs, Putative Classes and Aggrieved Employees

R. BRIAN DIXON, Bar No. 076247
bdixon@littler.com
ANGELA J. RAFOTH, Bar No. 241966
arafoth@littler.com
DANIEL J. RODRIGUEZ, Bar No. 341584
djrodriguez@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone:  415.433.1940
Fax No.:      415.399.8490

Attorneys for Defendant
AMERITRUST MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Castaneda; and Chandra Haluczak, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AmeriTrust Mortgage Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  8:24-cv-1017-DOC-KES<br><br>**NOTICE OF SETTLEMENT PURSUANT TO L.R. 40-2 AND JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE**<br><br>Date: August 26, 2024<br>Time: 8:00 a.m.<br>Judge: Hon. David O. Carter<br><br>Complaint Filed: January 12, 2024<br>FAC Filed:       April 8, 2024<br>Removed:         May 9, 2024<br>Answer Filed:    May 9, 2024 |

LITTLER
MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94105
415.433.1940

NOTICE OF SETTLEMENT                                      CASE NO. 8:24-cv-1017-DOC-KES

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Central District Local Rule 40-2 and the Court's Initial Standing Order, Plaintiffs Francisco Castaneda and Chandra Haluczak ("Plaintiffs") and Defendant AMERITRUST MORTGAGE CORPORATION ("Defendant") (collectively, the "Parties") hereby submit this notice to immediately notify the Court that the Parties have reached a settlement in principle. A Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed within 14 days after today or September 5, 2024. Accordingly, the Parties respectfully request the Court to continue the Scheduling Conference to September 23, 2024 to allow the Parties time to formalize their settlement agreement and to prepare and file the Joint Stipulation of Dismissal and to avoid the Parties incurring additional fees and costs.

Dated:     August 22, 2024        BELIGAN LAW GROUP, LLP


_/s/ Jerusalem F. Beligan_

JERUSALEM F. BELIGAN
LEAH M. BELIGAN
Attorneys for Plaintiffs, Putative Classes
and Aggrieved Employees


Dated:     August 22, 2024        LITTLER MENDELSON, P.C.


_/s/ Angela J. Rafoth_

ANGELA J. RAFOTH
DANIEL J. RODRIGUEZ
Attorneys for Defendant
AMERITRUST MORTGAGE
CORPORATION

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94105
415.433.1940

NOTICE OF SETTLEMENT                    CASE NO. 8:24-cv-1017-DOC-KES

1

4888-6411-5419.1 / 107630-1005

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER
MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94105
415.433.1940

DEFENDANT'S NOTICE OF REMOVAL OF          3          CASE NO.
CIVIL ACTION TO FEDERAL COURT